IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00109-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| STEWARD SCHER | ) |
| | ) |

**THIS MATTER** comes before the Court on the defendant's pro se Motion to Modify Sentence, pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 39).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a sentence based on a guideline range that has been subsequently lowered by the Sentencing Commission. Here, Amendment 536 detailed by the defendant as affecting his sentence, (Doc. No. 39: Motion at 1), is not designated by the Commission as being retroactively applicable, USSG §1B1.10(a)(1), (d). Thus, he is not entitled to relief.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Modify Sentence, (Doc. No. 39), is **DENIED.**

Signed: February 14, 2017

Robert J. Conrad, Jr.
United States District Judge